DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NIVEA OQUENDO, ALL RIGHTS RESERVED,
U.C.C. 1-207, U.C.C. 1-207/4, U.C.C. 1-308,
U.C.C. 1-103.6, Natural Person IN FULL LIFE,
SUI JURIS, IN PROPRIA PERSONA, PRO SE,

                    Plaintiff,

       -against-

RJM ACQUISITIONS LLC, SCOTT MATTE, CEO,

                    Defendants.
------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  DEC 18 2012  ★

LONG ISLAND OFFICE

**ORDER**
12-CV-6116 (SJF)(GRB)

FEUERSTEIN, J.

       On December 13, 2012, *pro se* plaintiff Nivea Oquendo ("plaintiff") commenced this

action against RJM Acquisitions LLC and Scott Matte ("defendants") pursuant to the Fair Credit

Reporting Act, 15 U.S.C. § 1681 *et seq*, in the United States District Court of Maryland. By

order dated December 13, 2012, the case was transferred to the Eastern District of New York

pursuant to 28 U.S.C. §§ 1331, 1391(b). Accompanying the complaint is plaintiff's application

to proceed *in forma pauperis*.

       Upon review of plaintiff's declaration in support of the application to proceed *in forma*

*pauperis*, the Court finds that plaintiff's financial status qualifies plaintiff to commence this

action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly,

plaintiff's application to proceed *in forma pauperis* is GRANTED. The Clerk of Court is

respectfully directed to forward copies of the summons, complaint and this Order to the United

States Marshals Service for service upon defendants without prepayment of fees and to mail a

copy of this Order to plaintiff.

**SO ORDERED.**

                                 s/ Sandra J. Feuerstein
                             _____
                             Sandra J. Feuerstein
                             United States District Judge

Dated:        December 18, 2012
               Central Islip, New York