| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>         U.S. MAGISTRATE JUDGE | DATE: 4/1/2013<br>TIME:  10:30 AM |

CASE:  **CV 12-6116 (SJF) (GRB)** Oquendo v. RJM Acquisitions

TYPE OF CONFERENCE: Telephone Initial Conference

APPEARANCES:    No Appearance

　　　　　　　　　Matthew Lewitz

**THE FOLLOWING RULINGS WERE MADE:**

☒  Other:  Plaintiff fails to appear for conference.  Upon plaintiff's failure to appear at the conference scheduled for 3/18/2013, the Court rescheduled the initial conference for 4/1/2013, and sent notification via US Mail to the plaintiff at the address listed on the docket sheet.  The mail was returned to the Court as undeliverable.  Defense counsel advises the Court that he has made several attempts to contact the plaintiff by leaving voice mails for her at the number provided on the docket sheet.  Based on the foregoing, is it RECOMMENDED that the District Judge dismiss this case for failure to prosecute under Rule 41.

　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　 /s/ Gary R. Brown
　　　　　　　　　　　　　　　　　　GARY R. BROWN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge